■ LILLIAN GOLDMAN, Respondent, v JANE H. GOLDMAN et al., Appellants.—Judgment, Supreme Court, New York County (Kristin Booth Glen, J.) entered on or about September 22, 1987, which upheld the validity of a reconciliation agreement between the decedent husband, Sol Goldman, and the plaintiff wife, Lillian Goldman, and order of the same court, entered April 28, 1988, which denied a postmortem motion for "clarification and modification" of the judgment, unanimously affirmed, without costs.

Any advisory language contained in Justice Glen's opinion with regard to the enforceability of the reconciliation agreement against the estate is not to be construed as a legal finding adopted by this court. Concur—Carro, J. P., Asch, Milonas and Wallach, JJ.

■ In the Matter of the Estate of ELEANORA B. RICHARDS, Deceased. JEREMY S. WEINSTEIN, as Executor, et al., Appellants; ROBERT GLESNER et al., Respondents.—Order, Surrogate's Court, Queens County (Louis D. Laurino, S.), entered on or about December 23, 1986, which, *inter alia,* determined that the fair and reasonable value of the services rendered by the attorneys for the executor was $4,500 and directed the return to the estate of all moneys taken as attorneys' fees in excess of that amount, unanimously modified, on the law and on the facts, to award a counsel fee of $5,888 and, except as thus modified, affirmed, without costs or disbursements.

The attorneys representing this estate are the executor and his brother, who practice in a partnership. After a hearing, the Surrogate awarded a counsel fee of $4,500, rather than the $18,110.60 requested, to which the distributees had consented. While we agree with the Surrogate's finding that much of the time billed as legal work was expended in an executorial capacity and, thus, with the determination to disallow the charges therefor, the time sheets for purely legal work aggregate $5,888 (36.8 hours at $160). The court failed to provide a rationale or calculation as to how it arrived at the figure of $4,500. In the absence of such an explanation, we modify to increase the award accordingly. Concur—Kupferman, J. P., Sullivan, Ross, Carro and Smith, JJ.